1  DANIEL G. BOGDEN
   Nevada Bar No. 2137
2  United States Attorney
   CARLOS A. GONZALEZ
3  Assistant United States Attorney
   333 Las Vegas Blvd. South, Suite 5000
4  Las Vegas, Nevada 89101
   Phone: (702)388-6336
5  Facsimile: (702)388-6787
   Carlos. Gonzalez2@usdoj.gov
6

7                   UNITED STATES DISTRICT COURT

8                         DISTRICT OF NEVADA

9                                * * *

10 UNITED STATES OF AMERICA,     )
                                 )
11         Plaintiff,             )   2:99-CR-186-KJD-CWH
                                 )
12    vs.                         )   MOTION TO VACATE JUDGMENT
                                 )   DEBTOR EXAMINATION
13 DONALD LEE JONES,             )
                                 )
14         Defendant.             )
   _____)
15

16      COMES NOW the United States of America, by and through Daniel G. Bogden, United

17 States Attorney, and Carlos A. Gonzalez, Assistant United States Attorney, and moves this

18 Honorable Court for an Order to vacate the Supplementary Proceedings (Judgement Debtor

19 Examination) scheduled for April 25, 2012, at 9:00 a.m.  This motion is made because the

20 United States Marshal Service or private service was unable to locate the defendant, Donald Lee

21 Jones.

22      DATED this  18th  day of April, 2012.

23
                                            DANIEL G. BOGDEN
24                                          United States Attorney

25                                          /s/Carlos A. Gonzalez
                                            CARLOS A. GONZALEZ
26                                          Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DONALD LEE JONES, ) <br> ) <br> Defendant. ) <br> _____ ) | 2:99-CR-186-KJD-CWH <br><br> ORDER |

This cause came before the Court on Plaintiff's Motion to Vacate, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiffs' Motion to Vacate Supplementary Proceedings (Judgement Debtor Examination) scheduled for April 25, 2012, at 9:00 a.m. be granted.

DATED this  19th  day of   April           , 2012.

_____
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:
DANIEL G. BOGDEN
United States Attorney


/s//Carlos A. Gonzalez
CARLOS A. GONZALEZ
Assistant United States Attorney